IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARILYN J. MCCLIMANS AND JAMES A. MCCLIMANS,<br><br>Plaintiffs,<br><br>vs.<br><br>CUNNINGHAM OF EDINBORO, INC. D/B/A CUNNINGHAM CHRYSLER OF EDINBORO AND STALLANTIS FINANCIAL SERVICES, INC.<br><br>Defendants. | CIVIL ACTION NO.: 1:23-cv-149<br><br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF REMOVAL OF ACTION**

Andrew S. Kessler, Esquire, PA ID No. 62115, Wood Smith Henning & Berman, LLP, 1760 Market Street, Suite 1001, Philadelphia, PA 19103, Telephone: 215.709.2250, Facsimile: 215.709.2251, Email akessler@wshblaw.com, for Defendant, Cunningham of Edinboro, Inc. d/b/a Cunningham Chrysler of Edinboro (hereinafter, "**Defendant**").

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, and by way of counsel, Andrew S. Kessler, Esquire, hereby removes this action from the Court of Common Pleas of Erie County, Pennsylvania, Case No. 2023-10955, to the United States District Court for the Western District of Pennsylvania. Removal is proper because this Court has subject matter jurisdiction over the action by way of federal question jurisdiction. *See* 28 U.S.C. § 1331. Accordingly, Defendant removes this action to this Court, and in support of its Notice of Removal states the following:

## I. BACKGROUND

1. On or about April 25, 2023, Plaintiffs, Marilyn J. McClimans and James A. McClimans (hereinafter, "**Plaintiffs**") filed a complaint against Defendant in the Court of Common Please Erie County, Case. No.: 2023-10955 (hereinafter, the "**State Court Action**"). In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit A, is a complete copy of all process, pleadings and orders served upon Defendant in such action.

2. Plaintiffs served Defendant with a copy of the complaint on April 28, 2023.

3. This Notice of Removal is being filed within thirty (30) days of Defendant being served a copy of the Complaint. Accordingly, the action is removable pursuant to 28 U.S.C. § 1446(b)(1).

4. The above-captioned action is a suit for alleged violations of the Magnuson Moss Warranty Act, 15 U.S.C § 2301 *et. seq.*; the Truth in Lending Act, 15 U.S.C § 1601 *et. seq.*; and, the Equal Credit Opportunity Act, 15 U.S.C § 1691(a).

## II. REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

5. This court has original jurisdiction over Plaintiffs Magnuson Moss Warranty Act; the Truth in Lending Act; and the Equal Credit Opportunity Act (hereinafter, the "**Acts**") claims pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

6. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7.     Plaintiffs Complaint alleges Defendant violated the Acts by, among other things, failing to provide Plaintiffs with a copy of the credit terms that they could retain to consummation of the transaction; disclosing an inaccurate and understated finance charge; and discriminated against Plaintiffs on the basis of age. *See*, Exhibit "A" at Paragraphs 66; 68; and 76.

8.     Defendant denies any and all allegations in the Complaint. Nevertheless, assuming for jurisdictional purposes only that Plaintiffs' claims are valid, Plaintiffs could have originally filed their Complaint in this Court because federal question jurisdiction exists over this action since the allegations asserted by Plaintiffs in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiffs' Complaint alleges claims under, and requires a ruling on, the Acts.

### III. VENUE

9.     Venue is proper in this Court because this district encompasses the Court of Common Pleas of Erie County, Pennsylvania, the forum from which the case has been removed. *See,* 28 U.S.C. § 1441.

### IV. NOTICE

10.    Concurrent with the filing of this Notice, Defendant will file a Notice of Removal with the Clerk of the Civil Division of the Court of Common Pleas of Erie County, Pennsylvania, a copy of which is attached hereto as Exhibit "B."

11.    Upon information and belief, the contents of Exhibit "A" and Exhibit "B" constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. § 1446(a).

12.    Defendant reserves the right to amend this Notice of Removal.

13. If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and argument in support of its position that this case is removable.

## V. CONCLUSION

**WHEREFORE**, having met all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all the jurisdictional requirements of 28 U.S.C. § 1331, Defendant, Cunningham of Edinboro, Inc. d/b/a Cunningham Chrysler of Edinboro, hereby removes the above-captioned action from the Court of Common Pleas of Erie County, Pennsylvania, and seeks whatever further relief this Court deems equitable and just.

        **Respectfully submitted:**

        **WOOD, SMITH, HENNING & BERMAN LLP**

        /s/ Andrew S. Kessler
        ANDREW S. KESSLER, ESQUIRE
        PA ID No. 62115
        1760 Market Street, Suite 1001
        Philadelphia, PA 19103
        Telephone: 215.709.2250
        Facsimile: 215.709.2251
        Email akessler@wshblaw.com
        Attorney for Defendant Cunningham of Edinboro, Inc. d/b/a Cunningham Chrysler of Edinboro

Dated: May 17, 2023

## CERTIFICATE OF SERVICE

I certify that on May 17, 2023, I filed the foregoing Notice of Removal with the Clerk of Court, and sent notice, via first class mail, postage prepaid, and electronic mail to the following counsel of record:

Christina Gill Roseman, Esquire
PA ID No. 71492
Roseman Law Firm, PLLC
239 Fourth Avenue, Suite 1704
Pittsburgh, PA 15222
croseman@helpforlemoncars.com

**WOOD, SMITH, HENNING & BERMAN LLP**

/s/ Andrew S. Kessler
ANDREW S. KESSLER, ESQUIRE
PA ID No. 62115
1760 Market Street, Suite 1001
Philadelphia, PA 19103
Telephone: 215.709.2250
Facsimile: 215.709.2251
Email akessler@wshblaw.com
Attorney for Defendant Cunningham of Edinboro, Inc. d/b/a Cunningham Chrysler of Edinboro

Dated: May 17, 2023