IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| MARILYN J. MCCLIMANS, JAMES A. MCCLIMANS,<br><br>    Plaintiffs<br><br>vs.<br><br>CUNNINGHAM OF EDINBORO, INC., STALLANTIS FINANCIAL SERVICES, INC.,<br><br>    Defendants | 1:23-CV-00149-SPB<br><br>RICHARD A. LANZILLO<br>Chief United States Magistrate Judge<br><br>ORDER ON MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>IN RE: ECF NO. 126 |

    This matter was referred to the Undersigned for a settlement/mediation conference. *See* ECF No. 108. Multiple conferences were held and the parties ultimately reached a settlement. *See* ECF No. 117, ECF No. 118. The Court retained jurisdiction over this matter pending effectuation of the settlement agreement. ECF No. 120. *See also Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994); *Orbital Engineering, Inc., v. Buchko*, 2022 WL 1062304, at *1 (W.D. Pa. Apr. 8, 2022).

    Pending before the Court is the Plaintiffs' motion to enforce the settlement as against Defendant Cunningham of Edinboro Inc. ECF No. 126. Defendant Cunningham Motors was ordered to submit a Response to the Plaintiffs' motion (*see* ECF No. 127) by October 22, 2025, but no response was filed. The Court conducted a hearing on the Plaintiffs' motion today and now ORDERS as follows:

    1.    As Cunningham did not file a response to the Court's order, Plaintiffs' motion is deemed unopposed.

    2.    So constructed, Plaintiffs' motion is GRANTED.

3. Defendant Cunningham Motors is ORDERED to pay sanctions to the Plaintiffs in an amount equal to interest calculated at a rate of 0.023% for each day beyond September 15, 2025, until such as time the full settlement proceeds have been received by the Plaintiffs.

4. Plaintiffs are also GRANTED attorney fees in the amount of $787.50, to be paid directly to the Plaintiffs by an instrument separate from that used to satisfy the settlement agreement.

SO ORDERED.

DATED this 23rd day of October, 2025.

BY THE COURT:

*/s/ Richard A. Lanzillo*
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE